## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 04-395-02 (RMU) |
| | : | |
| WAYNE CHANG, | : | |
| | : | |
| Defendant | : | UNDER SEAL |
| | : | |

## GOVERNMENT'S MOTION FOR DEPARTURE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court pursuant to Section 5K1.1 of the United States Sentencing Guidelines and 18 U.S.C. Section 3553(e) to impose a sentence in the case of defendant Wayne Chang that is less than the sentence provided for by the applicable advisory guideline range and by the applicable statute. In support of this motion, the government represents as follows:

## FACTS

On July 27, 2004, the defendant was arrested pursuant to the return of a twelve count indictment charging the defendant with Conspiracy to Distribute and to Possess with the Intent to Distribute cocaine and cocaine base, Unlawful Use of a Communications Facility, Distribution of 50 grams or more of cocaine base, and Distribution of Cannabis. On October 21, the defendant pled guilty to Count Twelve of the Indictment charging Unlawful Distribution of 50 grams or more of cocaine base.

## DEFENDANT'S ASSISTANCE

The defendant began cooperating by meeting with law enforcement and debriefing on his knowledge of criminal activity in the metropolitan area. Significantly, the defendant assisted law enforcement in locating his co-defendant who had been a fugitive since the defendant's arrest. Additionally, the defendant's willingness to testify against his co-defendant was a factor in that co-defendant's decision to enter a plea rather than proceed to trial.

The defendant also assisted law enforcement in a covert capacity since his release on personal recognizance following his guilty plea. The defendant assisted law enforcement in Baltimore identify and arrest a homicide suspect.

## SENTENCE RECOMMENDATION

The government considers the defendant's assistance to have been substantial. Based on this, the Government respectfully moves this Court to grant the defendant a downward departure from both the statute and the advisory guidelines.

## CONCLUSION

WHEREFORE, the Government respectfully moves that this Court to exercise its discretion to depart downward and impose a sentence below that prescribed by the statue and below the applicable Guideline Range.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610


By: _____
Nancy B. Jackson
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this pleading has been delivered, this 30th day of January, 2007, to Kenneth W. Ravenell, counsel for defendant Wayne Chang.

NANCY B. JACKSON
Assistant United States Attorney
Criminal Division, Narcotics Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20001
(202) 307-0029